# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **WENXIA MA** | **CIVIL ACTION NO. 5:23-cv-0038** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ALEJANDRO MAYORKAS ET AL** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 12], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Defendants' MOTION TO DISMISS [Doc. 10] is GRANTED and that this civil action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction because the claims presented are moot.

THUS, DONE AND SIGNED in Chambers, on the 13th day of September 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE